UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :

    - v. -                          :

HISHAM A. SALEH,                    :
    a/k/a "Ali,"
                                    :
    Defendant.
                                    :
------------------------------------x

**INFORMATION**

S2 07 Cr. 727 (HB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 16 2007

### COUNT ONE

The United States Attorney charges:

1. From in or about September of 2006, up to and including in or about March of 2007, in the Southern District of New York and elsewhere, HISHAM A. SALEH, a/k/a "Ali," the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, SALEH sold firearms to another individual.

(Title 18, United States Code, Section 922(a)(1)(A).

### COUNT TWO

The United States Attorney further charges:

2. On or about October 4, 2006, in the Southern District of New York and elsewhere, HISHAM A. SALEH, a/k/a "Ali," the defendant, unlawfully, willfully, and knowingly, did receive and possess a firearm as defined in Title 26, United States Code,

Section 5845(a)(2), which is not registered to him in the National Firearms Registration and Transfer Record, to wit, SALEH sold a sawed-off double barrel shotgun to another individual.

(Title 26, United States Code, Section 5861(d).)

### COUNT THREE

The United States Attorney further charges:

3. From in or about December 2006, up to and including January 31, 2007, in the Southern District of New York and elsewhere, HISHAM A. SALEH, a/k/a "Ali," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

4. It was a part and an object of said conspiracy that HISHAM A. SALEH, a/k/a "Ali," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine, and more than 5 grams of mixtures and substances containing a detectable amount of crack cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

### Overt Acts

5. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

      a.  On or about December 15, 2006, in Bronx, New York, HISHAM A. SALEH, a/k/a "Ali," the defendant, participated in the sale of a quantity of cocaine to another individual.

      b.  On or about January 31, 2007, in Bronx, New York, SALEH participated in the sale of a quantity of crack cocaine to another individual.

(Title 21, United States Code, Section 846.)


*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

Case 1:07-cr-00727-HB   Document 21   Filed 11/16/2007   Page 4 of 4