```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :      WAIVER OF INDICTMENT

     - v. -                         :      S2 07 Cr. 727 (HB)

HISHAM SALEH,                       :
     a/k/a "Ali,"
                                    :
------------------------------------x
```

       The above-named defendant, who is accused of violating Title 26, United States Code, Section 5816(d), Title 21, United States Code, Section 846, and Title 18, United States Code, Section 922(a)(1)(A), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*[signature]*
Defendant

*[signature]*
Witness

*[signature]*
Counsel for Defendant

Date:    New York, New York
         November 16, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 6 2007
```

0202