HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

THOMAS J. SULLIVAN
COUNSELOR AT LAW

930 GRAND CONCOURSE
BRONX, NEW YORK 10451

TEL: 718-590-7800
FAX: 718-590-7082

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2/5/08

FEBRUARY 4, 2008

**BY FAX**
HONORABLE HAROLD BAER
UNITED STATES DISTRICT COURT
500 PEARL STREET
NEW YORK, NEW YORK 10007

Re: **U.S. v. HISHAM A. SALEH**
07 CR 727 (HB)

Dear Judge Baer,

Counsel respectfully requests that the Court adjourn the sentencing of Mr. Saleh scheduled for February 28, 2008, for 30 days. Due to the complexities of the legal issues involved in this case, the press of other matters and because counsel did not receive the Presentence Report until January 24, 2008, it appears that counsel will need additional time to complete a Sentencing Memorandum on Mr. Saleh's behalf.

Following conversations with the Government last Friday, the Government has consented to Counsel's request. Should the Court grant this request, counsel would file Mr. Saleh's Sentencing Memorandum by February 28, 2008, the Government could respond, if at all, by March 13, 2008, and Mr. Saleh could be sentenced at a date convenient to the Court on or about March 28, 2008.

Thank you for your consideration in this matter.

Very truly yours,

THOMAS J. SULLIVAN
COUNSEL FOR HISAM A. SALEH

2/4/08 I will ... To ... March ... 3/28/08 ... 11:AM. SO ORDERED Harold Baer USDJ

Endorsement:

I will adjourn to my last conference day in March - check with Chambers on date and time but I believe its 3/20/08 - 11AM.