FEB 29 2008

U.S. DISTRICT JUDGE
S.D.N.Y.

THOMAS J. SULLIVAN
COUNSELOR AT LAW

930 GRAND CONCOURSE
BRONX, NEW YORK 10451

TEL: 718-590-7800
FAX: 718-590-7082

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2/29/08

FEBRUARY 29, 2008

**BY FAX**
HONORABLE HAROLD BAER
UNITED STATES DISTRICT COURT
500 PEARL STREET
NEW YORK, NEW YORK 10007

Re: **U.S. v. HISHAM A. SALEH**
07 CR 727 (HB)

Dear Judge Baer,

I write to respectfully request a brief extension of time to file Mr. Saleh's Sentencing Memorandum with the Court. In request to the Court, dated February 4, 2008, I indicated that Mr. Saleh's Sentencing Memorandum would be filed by February 28, 2008. However, due to the factual and legal complexities in this case and the press of other matters it appears that I will be unable to submit the Memorandum until Monday, March 3, 2008.

Yesterday afternoon, I advised the Courts deputy that the Memorandum would be submitted this afternoon. However, because forgoing reasons, an extension until March 3, 2008, would be greatly appreciated.

The Government has been advised of the forgoing and its consent is anticipated. Counsel apologizes for any inconvenience that this extension may cause the Court.

Thank you for your consideration in this matter.

Very truly yours,

THOMAS J. SULLIVAN
COUNSEL FOR HISHAM A. SALEH

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 2/29/08

Endorsement:

My last conference day in March is 3/20. I expect with all your other business you will file by 3/10, the government will respond if they choose by 3/15 and we will have the sentencing hearing on 3/20 at 11 AM - no more adjournments are likely to be granted.