**THOMAS J. SULLIVAN**
COUNSELOR AT LAW

930 GRAND CONCOURSE                                      TEL: 718-590-7800
BRONX, NEW YORK 10451                                    FAX: 718-590-7082

MARCH 10, 2008

**BY ECF**
HONORABLE HAROLD BAER
UNITED STATES DISTRICT COURT
500 PEARL STREET
NEW YORK, NEW YORK 10007

                      Re:  **U.S. v. HISHAM A. SALEH**
                            07 CR 727 (HB)

Dear Judge Baer,

    I write to respectfully request that the Court accept the Exhibits attached to Mr. Saleh's Sentencing Memorandum by hard copy.  Due to electronic difficulties counsel was not able to file the Exhibits electronically.  However, counsel submitted hard copies of the Sentencing Memorandum and Exhibits to the Court earlier today.

    Counsel also requests permission to file a brief in excess of 25 pages with the Court. Due to the factual and legal complexities in this case the Sentencing Memorandum is 27 pages.

    Counsel apologizes for any inconvenience that the filing of the Exhibits by hard copy may cause the Court.

    Thank you for your consideration in this matter.


                                Very truly yours,

                                THOMAS J. SULLIVAN
                                COUNSEL FOR HISHAM A. SALEH