**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X
UNITED STATES OF AMERICA,

    -against-                                      07 Cr. 727 (HB)

HISHAM A. SALEH,
        *DEFENDANT*.
-------------------------------X

**HISHAM SALEH'S MEMORANDUM OF LAW IN SUPPORT OF A NON-GUIDELINES SENTENCE UNDER <u>UNITED STATES v. BOOKER</u> AND <u>18 U.S.C. 3553</u> (a)**

THOMAS J. SULLIVAN
930 GRAND CONCOURSE (APT 4-C)
BRONX, NEW YORK 10465
(718) 590-7800
COUNSEL FOR HISHAM A. SALEH

**TABLE OF CONTENTS**

**PRELIMINARY STATEMENT** . . . . . . . . . . . . . . . . . . . . . 1

**PERSONAL BACKGROUND** . . . . . . . . . . . . . . . . . . . . . 6

    A. From Yemen to the Bronx. . . . . . . . . . . . . 6

    B. "Please Hear My Words of Pain". . . . . . . . . . 8

**OFFENSE CONDUCT.** . . . . . . . . . . . . . . . . . . . . 10

    C. The Instant Case. . . . . . . . . . . . . . . . .10

    D. 2007 Plea Agreement . . . . . . . . . . . . . . .12

    E. 2007 Pre-Sentence Report. . . . . . . . . . . . .15

    F. Objections to the 2007 Pre-Sentence Report. . . .15

**ARGUMENT.** . . . . . . . . . . . . . . . . . . . . . . . . .16

    A. Legal Standard . . . . . . . . . . . . . . . . . 16

    B. Application. . . . . . . . . . . . . . . . . . . 18

    1. The History and Characteristics
       of the Defendant. . . . . . . . . . . . . . . . **18**

    2. The Nature and Circumstances of the Offense. . **21**

    3. Deterrence, Just Punishment,
       Respect for the Law,
       and Protecting the Public . . . . . . . . . . . **22**

    4. Consulting the Advisory Guidelines. . . . . . . 24

**CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . .27